No. 77–1176. NABISCO, INC., ET AL. *v.* KORZEN, TREASURER OF COOK COUNTY, ET AL. Appeal from Sup. Ct. Ill. Motion of Northwestern University for leave to file a brief as *amicus curiae* granted. Appeal dismissed for want of substantial federal question.

No. 77–1287. FISHER *v.* OHIO. Appeal from Sup. Ct. Ohio dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–6289. WARD *v.* UTAH. Appeal from Sup. Ct. Utah dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–1560. UNITED STATES *v.* UNITED STATES GYPSUM CO. ET AL. C. A. 3d Cir. [Certiorari granted, 434 U. S. 815.] Motion of respondents Colon Brown et al. for leave to file supplemental brief after argument granted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 77–1234. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO *v.* COMPAGNIE NATIONALE AIR FRANCE. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 77–1471. EDWARDS ET AL., MEMBERS, HOUSE OF REPRESENTATIVES *v.* CARTER, PRESIDENT OF THE UNITED STATES. C. A. D. C. Cir. Motion of petitioners to expedite consideration of petition for writ of certiorari denied. Application for injunction, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.